DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**B&B BOWLING, LLC d/b/a STRIKES @ BOCA,**
Appellant,

v.

**CRVII BOCA TC, L.P.**, and **CYPRESS REALTY OF FLORIDA, LLC,**
Appellees.

No. 4D23-537

[August 3, 2023]

Nonfinal appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Goodman, Judge; L.T. Case No. 502020CA007031XXXMB.

Ricardo A. Reyes and Carrie Stolzer Robinson of Tobin, Reyes, Alvares & De Biase, PLLC, Boca Raton, for appellant.

Bethany J.M. Pandher of Greenberg Traurig, P.A., Miami, and Stephen A. Mendelsohn of Greenberg Traurig, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***